**Hon. Kenneth M. Karas**
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: United States v. Jahnine Wolinsky**
**Case No.: 7:25-cr-00071-KMK**
**Updated Request for Temporary Removal of Ankle Monitor – April 24, 2025**

Dear Judge Karas:

I respectfully submit this letter on behalf of my client, Jahnine Wolinsky, to request a temporary modification of her bail conditions to allow for the removal and same-day reinstallation of her ankle monitor on **April 24, 2025**, in order to undergo a medically necessary MRI with IV contrast.

Although Your Honor previously granted this request, Ms. Wolinsky was unfortunately not informed until after her last scheduled appointment that the Court had approved her for the MRI and monitor removal. As a result, she did not attend the appointment and the monitor was not removed.

She has since rescheduled her appointment for **tomorrow morning, April 24, 2025, at 8:30 AM**. We respectfully renew our request that the ankle monitor be temporarily removed and reinstalled the same day, solely to facilitate this diagnostic scan.

As previously noted, Pretrial Services does not object and is prepared to coordinate the removal and reinstallation. The Government also does not object to this medical accommodation.

We thank the Court for its understanding and consideration of this updated request. Please let me know if any additional documentation is required.

Respectfully submitted,

*Samantha Chorny*

**Samantha Chorny, Esq.**
Attorney for Defendant
SMC Law Firm
113-25 Queens Blvd, Suite 102
Forest Hills, NY 11375

Phone: 718-970-1960
Email: SamanthaChorny@SMC.law

Granted.
So Ordered.
4/24/25