April 25, 2025

**Hon. Kenneth M. Karas**
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: United States v. Jahnine Wolinsky**
**Case No.: 7:25-cr-00071-KMK**
**Updated Request for Temporary Removal of Ankle Monitor – April 28, 2025**

Dear Judge Karas:

I respectfully submit this letter on behalf of my client, Jahnine Wolinsky, to request a temporary modification of her bail conditions to allow for the removal and same-day reinstallation of her ankle monitor on **Monday, April 28, 2025, at 8:30 AM**, in order to undergo a medically necessary MRI with IV contrast.

This request is a renewal of a previously granted application. Unfortunately, Ms. Wolinsky was not informed in time that the Court had already approved her prior request, and as a result, she missed the appointment, and the monitor was not removed.

She has now rescheduled the imaging appointment for **April 28, 2025, at 8:30 AM** at:

> **LHR HARTSDALE**
> 141 S Central Ave
> Hartsdale, NY 10530

We respectfully request that the ankle monitor be removed prior to the scheduled scan and reinstalled the same day. As before, Pretrial Services has no objection and is prepared to coordinate the temporary removal and reinstallation. The Government also does not object to this accommodation.

We thank the Court for its understanding and continued consideration of Ms. Wolinsky's medical needs. Please let me know if any further documentation is required.

Respectfully submitted,

*Samantha Chorny*

**Samantha Chorny, Esq.**
Attorney for Defendant
SMC Law Firm
113-25 Queens Blvd, Suite 102
Forest Hills, NY 11375
Phone: 718-970-1960
Email: SamanthaChorny@SMC.law

Granted.

So Ordered.

*/s/ KMK*

4/25/25