

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 27, 2025

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Jahnine Wolinsky*, 25 Cr. 71 (KMK)

Dear Judge Karas:

The Government writes respectfully to request that the Court unseal and instruct the Clerk of the Court to file on the docket the Government's letter dated May 16, 2025 requesting remand of the defendant. In light of the personal and medical nature of the contents of the exhibits appended thereto, the Government respectfully requests that those exhibits remain under seal.

Both requests are granted. The exhibits should remain under seal, as they discuss personal information about Defendant, including medical information.

So Ordered
5/27/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

cc:   Samantha Chorny, Esq.