

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

May 29, 2025

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Jahnine Wolinsky, et al*, 25 Cr. 71 (KMK)

Dear Judge Karas:

The Government respectfully requests to reschedule the status conference in the above captioned matter to July 2, 2025, at 11:00 a.m., or another time convenient for the Court. Counsel for all defendants have consented to this request and confirmed their availability. The Government further requests an exclusion of time from today, May 29, 2025, until July 2, 2025, or the date of the adjourned status conference if otherwise set, pursuant to 18 U.S.C. § 3161(h)(7)(A) so that defense counsel may review discovery, consult with their clients, and consider whether to file motions in this matter or pursue a pretrial resolution with the Government. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendants in a speedy trial. Defense counsel for each defendant have consented to this request.

Granted. The conference will be held on 7/2/25 at 11 am. Time is excluded until then, in the interests of justice, to allow counsel adequate time to review discovery and discuss a possible resolution of this case. The interests of justice from this exclusion outweigh each Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered
5/29/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

cc:   Samantha Chorny, Esq.
      Jill R. Shellow, Esq.