UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Jahnine Wolinsky,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 25 CR 00071 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Andrew G. Patel, Esq. is to assume representation of the defendant in the above captioned matter as of July 2, 2025. Mr. Patel is appointed pursuant to the Criminal Justice Act. His address is Andrew G. Patel, 15 Chester Avenue, White Plains, NY 10601, phone number 212-349-0230, Email: apatel@apatellaw.com

Samantha Chorny is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       July 9, 2025