

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

August 29, 2025

**By ECF and Email**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Jahnine Wolinsky, et al.*, 25 Cr. 71 (KMK)

Dear Judge Karas:

    The Government respectfully writes regarding the Court's order instructing the parties to submit briefing in the captioned case relating to attorney Samantha Chorny's continued representation of Kipsorn Brown by August 31, 2025. As the Court is aware, in addition to Brown, Ms. Chorny previously represented defendant Jahnine Wolinsky, who, through counsel, made false statements and submitted fraudulent documents to the Government and the United States Pretrial Services Office, resulting in anticipated additional charges against Wolinsky, and creating a potential conflict relating to counsel's continued representation of Brown.

    Earlier today, Wolinsky pled guilty to a superseding information, before the Honorable Victoria Reznik, United States Magistrate Judge. Accordingly, the Government respectfully requests that the Cout adjourn the upcoming August 31, 2025 deadline for submissions regarding Ms. Chorny's continued representation of Brown until approximately 14 days after the Court receives and is able to review Judge Reznik's report and recommendation regarding Ms. Wolinsky's change of plea hearing and accepts Ms. Wolinsky's plea. The Government believes that such an adjournment is appropriate as the Court's acceptance of the plea may bear on the potential conflict faced by defense counsel. The Government has consulted with counsel for the defendants, who consent to this requested adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

Granted.

So Ordered

*[signature]*

8/29/25

cc:    All counsel of record (by ECF)