

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

October 8, 2025

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Jahnine Wolinsky, et al*, 25 Cr. 71 (KMK)

Dear Judge Karas:

The Government respectfully requests a brief extension of today's deadline for the Government to provide a sentencing submission in the above-captioned matter to Friday, October 10, 2025 in order to provide time for the Government to review and respond to the defendant's sentencing submission, which was filed shortly after midnight last night. Defense counsel has consented to this request.

Granted.

So Ordered
10/8/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

cc:   Andy Patel, Esq.