AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

# UNITED STATES DISTRICT COURT
## FOR THE

__Southern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

Case No. __7:25 · cr -00071__
(Write the number of your
criminal case.)

v.

__Jahnine Wolinsky__
Write your full name here.

**MOTION FOR SENTENCE
REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)**

(*Pro Se* Inmate)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☑ Yes ☐ No

## ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

__Letter to Judge Karus, MINT program information,__
__Proposed proposed release plan__

CROSS, KARINA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Additional Medical Information | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☐ Yes ☐ No | ☐ Yes ☐ No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☐ Yes ☑ No

## III. SENTENCE INFORMATION

Date of Sentencing: _10-15-2025_

Term of Imprisonment Imposed: _34 months (2 years 10 months)_

Approximate Time Served to Date: _8 months_

Projected Release Date: _10-18-2027_

Length of Term of Supervised Release: _3 years_

Have you filed an appeal in your case?

☐ Yes ☑ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes ☑ No

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☐ Yes, I submitted a request for compassionate release to the warden on (date) _____ .
☑ No, I did not submit a request for compassionate release to the warden.

If you answered "No," please explain why not.

*I cannot make a request to the warden where I am being housed (MDC brooklyn) because I am being transfered to an RRC (MINT program) in 24 hours.*

Did the warden deny your request?

☐ Yes, the warden denied my request on (date) _____ .
☑ No, I did not submit a request for compassionate release to the warden.

## V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## A. Are you at least 70 years old?

☐ Yes  ☑ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes  ☑ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☐ Yes  ☑ No

## B. Do you believe there are other extraordinary and compelling reasons for your release?

☑ Yes  ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐  I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☐  I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

☐ I am suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☐ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☑ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☐ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

*Due to being pregnant during my incarceration at sentencing I was ordered to be desegnated to the RPP program at washington Correctional Center in Gig harbor where. I could serve up to 30 months with my baby but instead I have been sent to the keeton MINT program in Talahasee florida that only goes up to 6 months. I will have to give my baby up after the completion of this program to finish my sentenced time.*

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

CROSS, KARIVA 63800037

AO 250 (Rev. 09/24) Pro Se Motion for Compassionate Release

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

12-29-2025
Date

Jahnine Wolinsky
Printed Name

15806511
Federal Bureau of Prisons Register No.

MDC Brooklyn
Federal Bureau of Prisons Facility

8029 BKNY 11232 PO BOX 329002
Institution's Address

Jahnine Wolinsky
Signature

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

# UNITED STATES DISTRICT COURT
### FOR THE

Southern _____ DISTRICT OF New York _____

UNITED STATES OF AMERICA

Case No. 7; 25 -Cr -00071
(Write the number of your criminal case.)

v.

Jahnine Wolinsky _____
Write your full name here.

## PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑Yes ☐No

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

### A.  Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

_80 School Street, yonkers NY 10701 apartment 10K._

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

_Rehmy Wolinsky (929) 351 - 2358_

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

_My Son Patrick Rodriques, 12 years old._

Do you know where you will work if you are released?  If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

_Pineapple Express Catering Co. A catering buisness I Started with my sister. I will be cooking for events booked via our website._

List any additional housing or employment resources available to you.

### B.  Medical Needs

Will you require ongoing medical care if you are released from prison?

☐ Yes  ☑ No

CROSS, KARIVA 63800037

Case 7:25-cr-00071-KMK    Document 111    Filed 01/08/26    Page 10 of 22

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Will you have access to health insurance if released?

☐ Yes  ☑ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

_____

_____

If no, how do you plan to pay for your medical care?

*Reappling for health insurace.*

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☑ Yes  ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes  ☑ No

If yes, please include them with your motion.

If no, where are the records located?

*I am not requested eer release on medical grounds but my pregnancy medical records and child birth can be accessed at MDC Brooklyn or Brooklyn Medical Center.*

Are you prescribed medication in the facility where you are incarcerated?

☐ Yes  ☑ No

If yes, list all prescribed medication, dosage, and frequency.

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes  ☑ No

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

If yes, list equipment required.

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes ☑ No

If yes, list the required assistance and how it will be provided.

_____

_____

Do you require assisted living?

☐ Yes ☑ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes ☑ No

Do you have other community support that can assist with your medical needs?

☐ Yes ☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

_____

_____

Will you have transportation to and from your medical appointments?

☐ Yes ☐ No

CROSS, KARIVA 63300037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Describe the method of transportation.

_____

_____

_____

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12- 29- 2025
Date

Jahnine Wolinsky
Printed Name

15806511
Federal Bureau of Prisons Register No.

MDC Brooklyn
Federal Bureau of Prisons Facility

8029 BKNY 11232 PO Box 329002
Institution's Address

Jahmine Wolinsky
Signature

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 2

# UNITED STATES DISTRICT COURT
## FOR THE

Southern _____ DISTRICT OF New York _____

UNITED STATES OF AMERICA

Case No. 7 : 25 - Cr - 00071
(Write the number of your criminal
case.)

v.

Jahnine Wolinsky _____
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☑Yes ☐No

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 2

# MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent that you have medical records or additional medical information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12-29-2025
Date

Johnine Wolinsky
Printed Name

15806511
Federal Bureau of Prisons Register No.

MDC Brooklyn
Federal Bureau of Prisons Facility

8029 BKNY 11232 PO Box 329002
Institution's Address

_Signature_

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 3

# UNITED STATES DISTRICT COURT
## FOR THE

_Southern_      DISTRICT OF _New York_

UNITED STATES OF AMERICA

Case No. _7; 25 - Cr - 0 0071_
(Write the number of your criminal case.)

v.

_Jasmine Wolinsky_
Write your full name here.

## COVER SHEET FOR ADDITIONAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include _only_ the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

[√] Yes [ ] No

CROSS, KARIVA 63800037

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 3

## ADDITIONAL INFORMATION

To the extent that you have additional information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12 - 29 - 2025
Date

Jahnine Walinsky
Signature

Jahnine Walinsky
Printed Name

15806511
Federal Bureau of Prisons Register No.

MDC Brooklyn
Federal Bureau of Prisons Facility

8029 BKNY 11232 PO box 329002
Institution's Address

CROSS, KARIVA 63B00037

TRULINCS 15806511 - WOLINSKY, JAHNINE - Unit: BRO-B-A

------------------------------------------------------------------------------------------

FROM: 15806511
TO: Wolinsky, Rehmy
SUBJECT: Letter to judge
DATE: 12/29/2025 11:51:44 AM

Dear Honorable Judge Karus ,

My Name is Jahnine Wolinsky I'm writing this letter in regards to my request/motion for compassionate release. You sentenced me to 34 months back in October and ordered me to be designated to the Residential Parenting Program in Washington Correctional Center. Unfortunately that did not happen once I left your court room. I was about 8 months pregnant the last time you saw me. Shortly after that I was transferred to a hospital for almost a month and a half. I gave birth to a beautiful baby boy on December 5th, 2025 and transferred back to MDC Brooklyn 2 days later. This has been an extremely detrimental time for me, being pregnant in jail, giving birth with 2 federal officers in the room, no family to be there with me, and having to give my baby to my sister shortly after having him. Yet I'm still grateful. I want to thank you for the leniency you gave me during sentencing and your efforts to get me to that program. However, I am being transferred to another federal program soon, where I can keep him for only 6 months. The Keeton MINT program in Tallahassee Florida. The program you ordered for me to go to I would have been able to keep my baby for the duration of my entire sentence, it was a 30 month program. With this other program I will only be able to keep him for an additional 6 months and then report to prison after giving him up because I was not accepted into the RPP program. I was told that, that program (RPP) is a state program who holds federal inmates on a case by case basis , in other words they don't have to accept everyone. I ask that you take this into consideration when making your decision on granting my request. I remember your words when you sentenced me, you told me to thank my baby for the outcome of this & I owe it to him to do better. You were right, I do owe everything to him and I refuse to make the mistakes I've made over again. I needed this time to reflect and be humbled. This has been a very hard experience for me not only is this my first time in jail but dealing with the pregnancy in here has just made it 10 times worse. If released I will get back to my kids, bond with my baby and be there for him every step of the way. I plan on not missing one mile stone, hearing his first words, watching his first steps, being there for his first birthday. I dont know where he will end up if I remain in jail past the 6 months of this program. My baby doesnt deserve to suffer for my foolish mistakes. I report to the MINT program Tuesday, December 30th,2025. I know this is a unique and unusual case I'm sure not everyday a pregnant women convicted of fraud charges walks into your court room. It was an unfortunate circumstance but I gained a huge blessing after all of this, My baby. I plan on getting back to work , me and my sister have a catering business (Pineapple Express Co.) where we cook and cater all different kinds of events. I have a new outlook on life I plan on dedicating my time to the business, revamping our website, & maybe even getting a foodtruck. Most importantly I'm staying away from those who will deter me from my goals, my work & the buisness. No matter what you decide Judge Karus I'm grateful for your help thus far and I promise you will never see me in your court room again. I have faith that everything will work out the way it is suppose to. Thank you.

Best Regards
-Jahnine Wolinsky

Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) is denied. First, Defendant has not exhausted her administrative remedies by filing an application with warden at the facility where she is housed. See United States v. Saladino, 7 F.4th 120, 123 (2d Cir. 2021). Indeed, Defendant acknowledges this failure but claims that she had not yet been transferred to her next facility. Be that as it may, Defendant can exhaust her remedies at the next facility. Second, Defendant's primary reason for her application is the care of her newborn. While the Court is sympathetic to this concern, it does not rise the level of being an extraordinary and compelling reason for early release. See United States v. Pilgrim, No. 19-CR-50, 2021 WL 2003548, at *3 (E.D.Va. May 19, 2021) (denying compassionate release to mother who gave birth in custody when others could care for the baby); United States v. Lattany, No. 23-CR-74, 2025 WL 1382998, at *4–6 & n.10 (D. Colo. May 13, 2025) (same). Third, consideration of the Section 3553(a) factors counsel against early release. Defendant's criminal conduct was brazen and alarming and the Court already discounted the sentence to account for the baby. Any further reduction, particularly so soon after sentence was imposed, would undermine deterrence (both general and specific) and respect for the law.

So Ordered.

2/3/26

Case 7:25-cr-00071-KMK   Document 118   Filed 02/04/26   Page 18 of 22
Case 7:25-cr-00071-KMK   Document 111   Filed 01/08/26   Page 18 of 22

## RETURNING TO THE INSTITUTION

Either post-delivery or after completing MINT/RPP, you may return to the institution if you are not releasing. If so, the following information will be helpful for you:

- Health Services staff and the Social Worker will follow-up with you to answer questions or address any post-natal concerns.

- If desired, you will be given the option to pump breast milk with a pump provided by the institution. Ask your Health Services provider for more information.

- You may nurse your infant during visitation.

- Enroll in the National Parenting Program, if you did not have the opportunity to complete or to refresh your parenting skills.

## IF YOU ELECT NOT TO CARRY TO TERM

- Please note that laws related to the termination of pregnancy vary among states.
- You will be responsible for the expenses related to the abortion procedure. The BOP will only assume the cost of the abortion in certain circumstances.
- In all cases, whether you or the BOP pays for the abortion, the BOP will arrange to escort you to an outside facility to receive the procedure.
- You will be asked to sign a written statement acknowledging you have been provided the opportunity for counseling and that you are choosing not to carry the child to term.
- Staff such as the Social Worker, Health Services, Psychology, and Religious Services are available to provide you with guidance and counseling throughout the abortion process.

Your Social Worker, Medical Provider, or Unit Team can provide additional information and guidance. Also, you can refer to Program Statement 5200.09.

# A Guide for Expecting Moms in the BOP

**Federal Bureau of Prisons**
**Women and Special Populations Branch**
**(WASPB)**

*March 2025*

*The Bureau of Prisons provides an inmate with medical and social services related to pregnancy, child placement, and abortion.*

## THE PURPOSE AND BENEFIT OF THIS GUIDE

Being pregnant means that you have many important decisions to make. This guide will provide you with information related to programs and services offered by the Bureau of Prisons (BOP) during and after pregnancy in hopes of making motherhood a less challenging experience for you and your baby.

## PREGNANCY CONFIRMATION

When you arrive at the institution, you will be screened for pregnancy by Health Services staff. If you think or know you are pregnant, you should let them know right away. If you have a medical condition that might complicate your pregnancy, it is important for you to notify staff of this as well.

Once your pregnancy has been confirmed by Health Services staff, all necessary BOP staff will be notified, to include your Case Manager and Social Worker. You may choose to involve Psychology or other staff.

## RESTRAINT RESTRICTIONS

Use of restraints on prisoners during the period of pregnancy and postpartum recovery period (12 weeks or longer after delivery, as determined by the healthcare provider) is prohibited unless it is determined:

- the inmate is an immediate and credible flight risk that cannot reasonably be prevented by other means;
- or poses an immediate and serious threat of harm to herself or others that cannot reasonably be prevented by other means;
- or a healthcare professional responsible for the health and safety of the prisoner determines that the use of restraints is appropriate for the medical safety of the prisoner.

In the case that restraints are used, only the least restrictive restraints necessary to prevent the harm or risk of escape, may they be used. The restraints may not be applied: around the ankles, legs, or waist of a prisoner, to restrain a prisoner's hands behind her back, to restrain a prisoner using four-point restraints, or to attach a prisoner to another prisoner. If you may have been placed in restraints inappropriately, notify BOP staff promptly.

## DECIDING WHAT TO DO

The Social Worker will meet with you to discuss options for child placement, abortion, and programming. Medical, religious, and social counseling will be provided to assist you in making decisions. However, it is your responsibility to decide how to handle your pregnancy.

## RESIDENTIAL PARENTING PROGRAM (RPP)

RPP is located outside of the federal prison in the Washington Correctional Center for Women in Gig Harbor. RPP allows mothers to reside and bond with their children for up to 30 months post-delivery. Mothers and children reside together at all times, in private living spaces, except when the mother is participating in programs. Mothers have a variety of program options such as educational, vocational, parenting, and mental health treatment to choose from. RPP also hosts family friendly events, which include mothers, children, and approved outside visitors. After 30 months, mothers are released to their home residence if their sentences have been completed, or placed in home confinement if their sentences have not been completed and they meet certain requirements.

To be referred for RPP, you must meet these criteria:

- Be pregnant upon commitment, with an expected delivery date prior to release.
- Be scored as Minimum security with Out or Community custody.
- Have release date or home detention eligibility date within 30 months of the expected delivery date.
- Have no 200 or higher series incident reports in the last six months.
- Have satisfactory or higher institution work evaluations (if available).
- Be clear of all serious disciplinary violations of an aggressive/assaultive nature.
- Have no current no-contact orders with minor children, no sex offense convictions, no crimes against a child, no domestic violence or other violent convictions, and no contact-founded allegation or inconclusive referrals for neglect or abuse with Child Protective Services.



## BOP Residential Programs

The Bureau offers two residential programs for expecting mothers, Mothers and Infants Together (MINT) and the Residential Parenting Program (RPP).

## MOTHERS AND INFANTS TOGETHER (MINT) PROGRAM

MINT is a community residential program, which allows expecting mothers to move outside of the federal institution into a Residential Reentry Center (RRC) during the last two months of pregnancy. During this time, mothers prepare for the upcoming birth of their babies. After birth, mothers stay at the RRC for three additional months, and up to six months, to allow for additional bonding time with their child. Mothers and their babies live together in a private-room setting. Throughout their stay, mothers are encouraged to participate in a variety of programs such as parenting, educational, vocational, mental health, and life skills.

Currently, there are five MINT sites: Dallas/Fort Worth, TX; Phoenix, AZ; and Tallahassee, FL

To be eligible to participate in MINT, the following criteria must be met:

- Be pregnant upon commitment, with an expected delivery date prior to release.
- Mother or TCP must assume financial responsibility for the child's care, medical and support, while residing at the RRC.
- If the mother or TCP are unable or unwilling to bear the child's financial cost, you may be transferred back to the institution.
- Must have less than five years remaining on your sentence.
- Cannot have plans of placing your child up for adoption.



## IF YOU ELECT TO CARRY TO TERM

- Now that you've decided to carry your baby to term, the next step in the planning process is for you to determine the best placement for your child. You and the Social Worker will discuss three placement options to include:

  - *Temporary Care Provider (TCP):* You may choose someone to act as your baby's caregiver while you are in prison. This person will assume temporary care of the child after delivery and while you are incarcerated, including financial responsibility for the child's medical expenses. This can be a family member, friend, or any other person that you specify.

  - *Adoption:* If you do not wish to raise your baby and/or do not have anyone who can take care of your baby while you are in prison, adoption may be an option for you. Be aware that adoption permanently ends your rights as a parent. It can also impact the rights of other family members to have contact with your child.

  - *Foster Care:* In the event that you do not identify a person to take responsibility for your child, the Social Worker will make arrangements with the Department of Human Services to ensure that the baby is properly taken care of until your release.

- Once you determine what placement option is best for you, the Social Worker, Health Services staff, and Unit Team will assist you with the next steps.

- The Social Worker will provide information to you regarding programs offered by the BOP to assist you both before and after delivery; these programs include Mothers and Infants Together (MINT) Program and the Residential Parenting Program (RPP).

- Health Services staff will indicate whether a MINT/RPP placement is medically appropriate for you. If it is determined you are medically approved, documentation will be sent to your Unit Team.

- With a recommendation from Health Services, your Unit Team will determine if you meet certain eligibility requirements. MINT and RPP requirements are listed later in this guide. Once it is determined that you are eligible, your Unit Team will complete a referral. Your referral should include a specific date of placement approximately two months prior to your expected delivery date.

- You will not be referred for MINT/RPP placement if you are putting your baby up for adoption.

Case 7:25-cr-00071-KMK   Document 118   Filed 02/04/26   Page 21 of 22
Case 7:25-cr-00071-KMK   Document 111   Filed 01/08/26   Page 21 of 22

**DURING PREGNANCY**

- You will receive routine prenatal care through Health Services providers in the institution. For services not available at the institution, appointments will take place in doctors' offices and hospitals in the community.

- Your overall health impacts the health of your baby. You are encouraged to select healthy menu options and stay active with activities such as walking. Consult with your Health Services provider about healthy diet options and safe exercise plans.

- Unit Team will arrange for you to wear different uniforms to allow for maximum comfort due to pregnancy-related weight gain.

- If you are making plans for your child to be in the care of a TCP, you may be asked to provide information and documentation to the Social Worker or your Unit Team. If at any time your plans for child placement change, you must notify staff as soon as possible.

- The TCP will be asked to sign a Statement of Responsibility form. By signing this form, the TCP accepts responsibility for the child's medical care three days after birth.

- Make sure the TCP is on your approved Visiting List.

- Enroll in the National Parenting Program. Phase I - will provide you information on the developmental stages of childhood development and parenting strategies. Phase II -has several women-responsive classes that can assist with preparing for motherhood.

**AFTER DELIVERY**

- The BOP Social Worker and the hospital Social Worker will collaborate and determine when the TCP and approved family members can either visit (if approved) and/or pick up the infant. Keep in mind each situation will be different.

- The BOP Social Worker will contact your TCP and tell them where the hospital is located and what time to arrive. The TCP should not arrive until the stated time of the visit and/or transfer of infant to their care.

- BOP staff will supervise the visit and/or transfer of the infant to the TCP. If the TCP does not arrive, the infant may be placed in state custody.

- The TCP should bring the following items to the hospital when preparing for the infant to be released from the hospital:
  - Valid photo ID
  - Appropriate infant car seat
  - Weather-appropriate baby clothing
  - Bottles
  - Formula
  - Diapers
  - Wipes

- If the TCP has identified a pediatrician that will care for the child, this information should be provided to hospital staff, so that medical records can be forwarded after birth.

- It is recommended the TCP take the Temporary Care Agreement to their local Social Services Office to inquire about healthcare coverage, the Women, Infants, and Children (WIC) Program, or any other available services.



3

4

Jahnine Wolinsky
MDC Brooklyn
80 - 29th Street
Brooklyn NY 11232
PO Box 329002

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.



Judge Kennith Karus
White Plains Federal Court

300 Quarropas St. Suite 54,
White Plains , NY 10601